ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                    )
                                               )
Delta Industries, Inc.                         )   ASBCA Nos. 62981-ADR, 63298-ADR
                                               )
Under Contract No. SPE7L3-20-P-1981            )

APPEARANCE FOR THE APPELLANT:        Mr. George S. Price
                                       Contract Administrator

APPEARANCES FOR THE GOVERNMENT:      Daniel K. Poling, Esq.
                                       DLA Chief Trial Attorney
                                     John J. Pritchard, Esq.
                                     Lesley A. Walter, Esq.
                                       Trial Attorneys
                                       DLA Land and Maritime
                                       Columbus, OH

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  March 20, 2024

_____
LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62981-ADR, 63298-ADR, Appeals of Delta Industries, Inc., rendered in conformance with the Board's Charter.

Dated:  March 20, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services